**Kevin Lou ENGLISH, Plaintiff–Appellant,**

v.

**Tracy JOHNS; Andre Taylor; Karen Paynter; Dr. Karen Steinour; Nicole Weaver; K. McKoy; Ms. J. Walker; L. Goode; Mr. True; H. Candelario; J. Tilley; R. Elsea; J. Godwin, Defendants–Appellees,**

and

**Nancy Weaver, Defendant.**

No. 14–6323.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 27, 2014.

Kevin Lou English, Appellant Pro Se. Jennifer Dee Dannels, Federal Medical Center, Butner, North Carolina; Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lou English appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *English v. Johns*, No. 5:11–ct–03206–D, 2014 WL 555661 (E.D.N.C. Feb. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*